UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


CHRISTOPHER JEROME, et al.,

     Plaintiffs,

                                          Case No. 1:16-cv-1116

v.

                                          HON. JANET T. NEFF

JOEL FERGUSON, et al.,

     Defendants.

_____/


## ORDER SETTING PRE-MOTION CONFERENCE

A pre-motion conference is scheduled for **May 5, 2017 at 10:00 a.m.** before the Honorable

Janet T. Neff, 401 Federal Building, 110 Michigan, N.W., Grand Rapids, Michigan.  The attorneys

handling the matter for trial are required to be present at this conference, at which time a briefing

schedule will be discussed.

       **IT IS SO ORDERED**.



Dated:  April 14, 2017                                    _/s/ Janet T. Neff_____
                                                JANET T. NEFF
                                              United States District Judge