UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER JEROME, an individual, LEO JEROME, an individual, and STORY COMPANIES, LLC, a Michigan limited liability company,

        Plaintiffs,

v.

JOEL FERGUSON, an individual, VIRGIL BERNERO, the Mayor of the City of Lansing, in his individual capacity, LANSING ECONOMIC AREA PARTNERSHIP, INC., a Michigan non-profit corporation, ROBERT L. TREZISE, JR., an individual, CLARK CONSTRUCTION SERVICES, LLC, a Michigan limited liability company, CHARLES CLARK, an individual, FRANK KASS, an individual, CONTINENTAL DEVELOPMENT, INC., an Ohio corporation, HALLMARK CAMPUS COMMUNITIES, an Ohio partnership, FERGUSON DEVELOPMENT, LLC, a Michigan limited liability company, CHRISTOPHER STRALKOWSKI, an individual, FERGUSON/CONTINENTAL LANSING, LLC, a Delaware limited liability company, and RED CEDAR INVESTOR, LLC, a Michigan limited liability company,

        Defendants.

Case No. 1:16-cv-01116

Hon. Janet T. Neff

## DEFENDANTS' UNIFIED MOTION TO DISMISS

## ORAL ARGUMENT REQUESTED

In accordance with the Court's Order dated May 5, 2017, the above-captioned Defendants bring this Unified Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and (6). Because, for the reasons set forth more fully in the accompanying Brief in Support of this Motion, Plaintiffs lack standing to pursue this action and their Amended Complaint falls far short of stating any claim upon which relief can be granted, Defendants respectfully request that the Court dismiss this action in its entirety and with prejudice.

This Motion is supported by the accompanying Brief. Pursuant to W.D. Mich. LCivR 7.1(d), Plaintiffs have indicated in their response to the Amended Premotion Conference Requests filed by the Defendants that Plaintiffs oppose this Motion.

Dated: July 5, 2017

/s/ Dean F. Pacific
Dean F. Pacific (P57086)
Jeffrey W. Bracken (P25648)
Thomas M. Amon (P72351)
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, Michigan 49503-2487
616.752.2000

*Attorneys for Lansing Economic Area Partnership and Trezise, and lead counsel for purposes of Defendants' Unified Motion and Brief pursuant to Order dated May 5, 2017*

Counsel for Co-Defendants:

/s/ Patrick A. Facca
Patrick A. Facca
Facca Richter & Pregler PC
6050 Livernos
Troy, MI 48098
(248) 398-9900
Email: pfacca@frplaw.com
*Attorneys for Charles Clark and Clark Construction Services, LLC*

/s/ David K. Otis
David K. Otis
Plunkett Cooney (Lansing)
325 E Grand River, Ste. 250
East Lansing, MI 48823
(517) 333-6598
Email: dotis@plunkettcooney.com
*Attorneys for Virgil Bernero*

/s/ John D. Pirich
John D. Pirich
Andrea L. Hansen
Honigman Miller Schwartz and Cohn LLP
222 N Washington Sq., Ste. 400
Lansing, MI 48933-1800
(517) 377-0709
Email: jpirich@honigman.com
ahansen@honigman.com
*Attorneys for Joel Ferguson, Ferguson Development, LLC, Christopher Stralkowski, and Red Cedar Investor, LLC*

/s/ Terrence Joseph Sheahan
Terrence Joseph Sheahan
Freeborn & Peters LLP
311 S Wacker Dr., Ste. 3000
Chicago, IL 60606
(312) 360-6000
Email: tsheahan@freeborn.com
*Attorneys for Frank Kass, Continental Development, Inc., Hallmark Campus Communities*, *and Ferguson/Continental Lansing, LLC*

15991814-1