UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER JEROME, an individual,
LEO JEROME, an individual, and STORY
COMPANIES, LLC, a Michigan limited
liability company,

        Plaintiffs,

v.

JOEL FERGUSON, an individual, VIRGIL
BERNERO, the Mayor of the City of Lansing,
in his individual capacity, LANSING
ECONOMIC AREA PARTNERSHIP, INC., a
Michigan non-profit corporation, ROBERT L.
TREZISE, JR., an individual, CLARK
CONSTRUCTION SERVICES, LLC, a
Michigan limited liability company,
CHARLES CLARK, an individual, FRANK
KASS, an individual, CONTINENTAL
DEVELOPMENT, INC., an Ohio corporation,
HALLMARK CAMPUS COMMUNITIES, an
Ohio partnership, FERGUSON
DEVELOPMENT, LLC, a Michigan limited
liability company, CHRISTOPHER
STRALKOWSKI, an individual,
FERGUSON/CONTINENTAL LANSING,
LLC, a Delaware limited liability company,
and RED CEDAR INVESTOR, LLC, a
Michigan limited liability company,

        Defendants.

Case No. 1:16-cv-01116

Hon. Janet T. Neff

---

## STIPULATION REGARDING EXHIBITS TO DEFENDANTS' UNIFIED MOTION TO DISMISS

The parties, by counsel, hereby stipulate as to authenticity of the documents attached hereto as Exhibits 1, 2, 3, and 4[1] for purposes of the above-referenced Motion to Dismiss.

Counsel for Plaintiffs:

/s/ Michael A. Cox (P43039)
Michael A. Cox (P43039)
Attorneys for Plaintiffs
17430 Laurel Park Drive North, Suite 120E
Livonia, MI 48152
(734) 591-4002
mc@mikecoxlaw.com

Counsel for Defendants:

/s/ Dean F. Pacific
Dean F. Pacific (P57086)
Jeffrey W. Bracken (P25648)
Thomas M. Amon (P72351)
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, Michigan 49503-2487
616.752.2000
*Attorneys for Lansing Economic Area Partnership and Trezise,*

/s/ Andrea L. Hansen
Andrea L. Hansen
Honigman Miller Schwartz and Cohn LLP (Lansing)
222 N Washington Sq., Ste. 400
Lansing, MI 48933-1800
(517) 377-0709
Email: ahansen@honigman.com
*Attorneys for Joel Ferguson, Ferguson Development, LLC, Christopher Stralkowski, and Red Cedar Investor, LLC*

/s/ Patrick A. Facca
Patrick A. Facca
Facca Richter & Pregler PC
6050 Livernos
Troy, MI 48098
(248) 398-9900
Email: pfacca@frplaw.com
*Attorneys for Charles Clark and Clark Construction Services, LLC*

/s/ Todd J. Ohlms
Todd J. Ohlms
Freeborn & Peters LLP
311 S Wacker Dr., Ste. 3000
Chicago, IL 60606
(312) 360-6000
Email: tohlms@freeborn.com
*Attorneys for Frank Kass, Continental Development, Inc., Hallmark Campus*

---

[1] Although Defendants stipulate to the authenticity of Exhibit 4 for purposes of this Motion, Defendants do not stipulate to its relevance. As further explained in Defendants' Unified Reply, Defendants' position is that Exhibit 4 cannot be considered in the context of the 12(b)(6) Motion, and its contents do nothing to save Plaintiffs from dismissal in the context of the 12(b)(1) motion.

Plaintiffs attached three (3) unpublished cases as Exhibits 5 through 7 for courtesy purposes only, and thus, no stipulation is required for these three exhibits.

*Communities, and Ferguson/Continental Lansing, LLC*

/s/ David K. Otis
David K. Otis
Plunkett Cooney (Lansing)
325 E Grand River, Ste. 250
East Lansing, MI 48823
(517) 333-6598
Email: dotis@plunkettcooney.com
*Attorneys for Virgil Bernero*

16005048-2